IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHINA COOPER WILCOX, Individually
and as Executor of the Estate of I.C., a
minor, deceased                                                                          PLAINTIFF

v.                                         CASE NO. 4:18-cv-04093

DART TRANS, INC.                                                                         DEFENDANT

## ORDER

Before the Court is Plaintiff's Dismissal Without Prejudice of all Claims and all Defendants. ECF No. 12. The Court construes this filing as a Motion to Dismiss. The Court finds this matter ripe for consideration.

In the instant motion, Plaintiff moves for dismissal of all her claims and all Defendants[1] without prejudice and with each party to bear its own costs. Although Defendant Dart Trans, Inc. has not responded, the Court has been informed that it does not oppose the instant motion. Accordingly, the Court finds that the instant motion should be and hereby is **GRANTED**. This matter is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own costs.

**IT IS SO ORDERED**, this 7th day of November, 2018.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge

---

[1] Only Defendant Dart Trans, Inc. remains as the Clerk of Court entered a Clerk's order on October 30, 2018, dismissing all other defendants for failure to timely serve. *See* ECF No. 11.